

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2022

No. 04-22-00205-CR

Martin **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2103070
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. On July 28, 2022, this court issued an order advising appellant of his right to request the appellate record and file a pro se brief. On August 22, 2022, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313. 320-21 (Tex. Crim. App. 2014).

Appellant's motion to access the record is GRANTED. The clerk of this court is ORDERED to prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for trial court cause number CRW2103070 to appellant at his current address: Stevenson Unit, TDCJ #2389736, 1525 FM 76, Cuero, Texas 77954.

If, after reviewing the record, appellant desires to file a pro se brief, he must do **no later than October 13, 2022**. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date the appellant's pro se brief is filed in this court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court